**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

| | | |
|---|---|---|
| **Victoria C. Minor** | 501 "I" Street | Divisional Office |
| Clerk of Court | Sacramento, CA 95814 | 2500 Tulare Street |
| | | Fresno, CA 93721 |

**August 13, 2008**

**Case Number:**    **2:08−CV−01851−GGH**

**Case Title:**    **CRAIG CHAN,**         **vs.  KEN CLARK,**

Dear Litigant,

   You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

   All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4−200
Sacramento, CA 95814

   For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

   **Local Rule 5−133**  The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre−addressed postage−paid envelope for us to return your copy to you.

   **Local Rule 5−135**  Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

   **Local Rule 7−130**  Documents submitted to the court must be legible, on 8−½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre−punched with two (2) holes centered 2−¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

   **Local Rule 7−132**  Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6–142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30–250, 33–250, 34–250 and 36–250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83–182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916–441–4396 or 916–441–4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

 

Victoria C. Minor
Clerk of Court
United States District Court

by: /s/ M. Dillon
Deputy Clerk

The following is a sample Proof of Service.   Pursuant to Rule 5 of the F.R.Cv.P. and Local
Rule 5–135, each document filed after the court orders service in your case shall be served on
opposing counsel and a proof of service attached to your document filed with the court.

<div style="border:1px solid">

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title)
_____
                    Plaintiff or Petitioner

V.                                                Case Number: 2:99–CV–99999 ABC DFG
                                                  (example case no.)

_____
                    Defendant or Respondent

                                                  **SAMPLE PROOF OF SERVICE**

_____  /

   I hereby certify that on     .(Date)_____, I served a copy

of the attached     .(Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at     .(Location of Mailing)_____:

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

                                    _____
                                       (Name of Person Completing Service)

</div>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

<u>**CRAIG CHAN,**</u>

Plaintiff(s)/Petitioner(s),

vs.

<u>**KEN CLARK,**</u>

Defendant(s)/Respondents(s).

Case No.  2:08–CV–01851–GGH

ORDER RE CONSENT
OR REQUEST FOR REASSIGNMENT

This case was randomly assigned to Magistrate Judge Gregory G. Hollows. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72–302.

Accordingly, within 30 days, the parties shall complete and return this form to the court.

**IT IS SO ORDERED.**

Dated: _____8/13/08_____          _____/s/  –  Gregory G. Hollows_____
                                                              United States Magistrate Judge

<div style="border:1px solid">

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form.  Note: This form must be completed and returned regardless of the choice exercised by any other party.

</div>

☐          *CONSENT* **TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____          Signature: _____

                                                              Print Name: _____
                                                              ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

☐          *DECLINE* **OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND**

          **REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: _____          Signature: _____

                                                  Print Name: _____
                                                  ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: _____
_____