UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Plaintiff
vs.

Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 2:08 CV 1851 GGH



FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I, __CRAIG CHAN__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration.  __C.S.A.T.F. & STATE PRISON__

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes    ☒ No

   b. Rent payments, interest or dividends                 ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments       ☐ Yes    ☒ No

   d. Disability or workers compensation payments          ☐ Yes    ☒ No

   e. Gifts or inheritances                                ☐ Yes    ☒ No

   f. Any other sources                                    ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

IFPFORM Revised 5/99

4. Do you have cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets?   ☐ Yes   ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

**NONE**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

I declare under penalty of perjury that the above information is true and correct.

July 28, 2008                          [signature]
DATE                                   SIGNATURE OF APPLICANT

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $147.62 on account to his/her credit at CA SATF (name of institution). I further certify that during the past six months the applicant's average monthly balance was $168.24. I further certify that during the past six months the average of monthly deposits to the applicant's account was $20.10.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

7/30/08                                [signature]
DATE                                   SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030   .701                                    REPORT DATE: 07/30/08
                                                            PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SATF/SP AT CORCORAN
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : T42674                    BED/CELL NUMBER: FEB3T1000000151L
ACCOUNT NAME   : CHAN, CRAIG                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION      COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----   ----   -----------      -------     ---------    --------    -----------    -------

02/01/2008     BEGINNING BALANCE                                                    168.08

02/07*VD54 INMATE PAYROL 4017/DEC07                         4.51                    172.59
02/08 W512 LEGAL POSTAGE 4083/LPOST                                      0.82       171.77
02/08 W512 LEGAL POSTAGE 4083/LPOST                                      0.58       171.19
02/19 FC05 DRAW-FAC 5    4222/FAC E                                     20.00       151.19
02/21 W516 LEGAL COPY CH 4273/LCOPY                                      0.80       150.39
02/21 W516 LEGAL COPY CH 4273/LCOPY                                      0.80       149.59
02/21 W536 COPAY CHARGE  4286/66062                                      5.00       144.59
03/06*DD30 CASH DEPOSIT  4510/MR                           22.50                    167.09
04/04*DD30 CASH DEPOSIT  4924/M/O                          22.50                    189.59
04/16 FC05 DRAW-FAC 5    5159/FAC-E                                     30.00       159.59
04/21*DD30 CASH DEPOSIT  5220/MR                           22.50                    182.09
04/29 FR01 CANTEEN RETUR 705372                                          1.20-      183.29
05/06*VD54 INMATE PAYROL 5482/03-08                         3.97                    187.26
05/15 FC05 DRAW-FAC 5    5726/FAC-E                                     20.00       167.26
06/02 W530 DAMAGES - ID  5962/ID                                         5.00       162.26
06/03 W700 IWF SP SURCHA 5976/ACCES                                      2.50       159.76
06/03 W350 SPECIAL PURCH 5976/ACCES 300048845                           24.95       134.81
06/18 FC05 DRAW-FAC 5    6298/FAC-E                                     25.00       109.81
06/26*DD30 CASH DEPOSIT  6426/MR                           22.50                    132.31
07/17 W512 LEGAL POSTAGE 0321/LPOST                                      1.68       130.63
07/17 W512 LEGAL POSTAGE 0321/LPOST                                      1.51       129.12
07/17 W516 LEGAL COPY CH 0321/LCOPY                                      4.00       125.12
07/28*DD30 CASH DEPOSIT  0453/MR                           22.50                    147.62


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/24/02                    CASE NUMBER: CC109395
COUNTY CODE: SCL                            FINE AMOUNT: $   6,400.00

    DATE        TRANS.    DESCRIPTION                  TRANS. AMT.    BALANCE
    ----        ------    -----------                  -----------    -------

 02/01/2008     BEGINNING BALANCE                                     5,286.95
```

```
REPORT ID: TS3030   .701                                    REPORT DATE: 07/30/08
                                                            PAGE NO:         2
                            SATF/SP AT CORCORAN
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 30, 2008

ACCT: T42674        ACCT NAME: CHAN, CRAIG                  ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/24/02                        CASE NUMBER: CC109395
COUNTY CODE: SCL                                FINE AMOUNT: $    6,400.00

   DATE      TRANS.    DESCRIPTION                TRANS. AMT.       BALANCE
 --------    ------    -----------------------    -----------    -----------
 02/07/08    VR54      RESTITUTION DEDUCTION-SUPPORT     4.99-      5,281.96
 03/06/08    DR30      REST DED-CASH DEPOSIT            25.00-      5,256.96
 04/04/08    DR30      REST DED-CASH DEPOSIT            25.00-      5,231.96
 04/21/08    DR30      REST DED-CASH DEPOSIT            25.00-      5,206.96
 05/06/08    VR54      RESTITUTION DEDUCTION-SUPPORT     4.41-      5,202.55
 06/26/08    DR30      REST DED-CASH DEPOSIT            25.00-      5,177.55
 07/28/08    DR30      REST DED-CASH DEPOSIT            25.00-      5,152.55

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL        CURRENT       HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
 ---------    ---------    -----------    ---------    ---------      ------------
    168.08       120.98         141.44       147.62         0.00              0.00


                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                    147.62
```

THE WITHIN [IS A TRUE] CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: JUL 3 0 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE