CLOSED, HABEAS, N

# U.S. District Court
## Eastern District of California – Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:08–cv–01851–GGH

Chan v. Clark  
Assigned to: Magistrate Judge Gregory G. Hollows  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/11/2008  
Date Terminated: 08/22/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Craig Chan** represented by **Craig Chan**  
T–42674  
CALIFORNIA SUBSTANCE ABUSE  
TREATMENT FACILITY (5242)  
P.O. BOX 5242  
900 QUEBEC ROAD  
CORCORAN, CA 93212–5242  
PRO SE

V.

**Respondent**

**Ken Clark**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2008 | Ï 1 | PETITION for WRIT of HABEAS CORPUS by Craig Chan.(Dillon, M) (Entered: 08/13/2008) |
| 08/13/2008 | Ï 2 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 9/15/2008 (Attachments: # 1 Consent Forms) (Dillon, M) (Entered: 08/13/2008) |
| 08/13/2008 | Ï | SERVICE BY MAIL: 2 Prisoner New Case Documents for Magistrate Judge as Presider served on Craig Chan. (Dillon, M) (Entered: 08/13/2008) |
| 08/15/2008 | Ï 3 | APPLICATION to Proceed IFP by Craig Chan. (Duong, D) (Entered: 08/18/2008) |
| 08/22/2008 | Ï 4 | ORDER signed by Magistrate Judge Gregory G. Hollows on 8/21/08 ORDERING that this CASE IS TRANSFERRED to District of Northern California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED(Becknal, R) (Entered: 08/22/2008) |
| 08/22/2008 | Ï | SERVICE BY MAIL: 4 Order Case Transferred Out to Another District served on Craig Chan (Becknal, R) (Entered: 08/22/2008) |